IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WILLIAM C. SCHMIDT and LILIAN SCHMIDT,

    Plaintiffs,

  v.

WELLS FARGO BANK, N.A., and DOES 1–100, inclusive,

    Defendants.

No. C 12-01945 WHA

**ORDER DENYING ATTENDANCE BY TELEPHONE**

The Court **DENIES** defendant's request to attend the case management conference by telephone because the courtroom equipment does not make it feasible to conduct hearings via the telephone.

**IT IS SO ORDERED.**

Dated: May 15, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE