IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM C. SCHMIDT and LILIAN SCHMIDT,<br><br>         Plaintiffs,<br><br>   v.<br><br>WELLS FARGO BANK, N.A., and DOES 1–100, inclusive,<br><br>         Defendants.<br>  / | No. C 12-01945 WHA<br><br>**ORDER DENYING ATTENDANCE BY TELEPHONE** |

The Court **DENIES** defendant's request to attend the case management conference by telephone because the courtroom equipment does not make it feasible to conduct hearings via the telephone.

**IT IS SO ORDERED.**

Dated: May 15, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE