IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WILLIAM C. SCHMIDT and LILIAN SCHMIDT,

    Plaintiffs,

  v.

WELLS FARGO BANK, N.A.,

    Defendant.
_____/

No. C 12-01945 WHA

**ORDER TO SHOW CAUSE AND VACATING HEARING**

    Defendant Wells Fargo Bank, N.A., filed a motion to dismiss and request for judicial notice on April 26, 2012. Pursuant to Civil Local Rule 7-3, plaintiffs' opposition or statement of non-opposition thereto was due May 10, 2012. None was filed. Plaintiffs William C. Schmidt and Lilian Schmidt are hereby **ORDERED TO SHOW CAUSE** why the action should not be dismissed for failure to prosecute. Plaintiffs must file a written response to this order by **NOON ON MAY 22, 2012.** If no response is filed, defendant's motion to dismiss may be granted. The motion hearing previously set for June 7, 2012 is **VACATED**.

    **IT IS SO ORDERED.**

Dated: May 16, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE