IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM C. SCHMIDT and LILIAN SCHMIDT,<br><br>    Plaintiffs,<br><br>  v.<br><br>WELLS FARGO BANK, N.A.,<br><br>    Defendant.<br>_____ / | No. C 12-01945 WHA<br><br>**ORDER TO SHOW CAUSE AND VACATING HEARING** |

Defendant Wells Fargo Bank, N.A., filed a motion to dismiss and request for judicial notice on April 26, 2012. Pursuant to Civil Local Rule 7-3, plaintiffs' opposition or statement of non-opposition thereto was due May 10, 2012. None was filed. Plaintiffs William C. Schmidt and Lilian Schmidt are hereby **ORDERED TO SHOW CAUSE** why the action should not be dismissed for failure to prosecute. Plaintiffs must file a written response to this order by **NOON ON MAY 22, 2012.** If no response is filed, defendant's motion to dismiss may be granted. The motion hearing previously set for June 7, 2012 is **VACATED**.

**IT IS SO ORDERED.**

Dated: May 16, 2012.

                                              WILLIAM ALSUP
                                              UNITED STATES DISTRICT JUDGE