IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM C. SCHMIDT and LILLIAN SCHMIDT,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>WELLS FARGO BANK, N.A.,<br><br>　　　　Defendant.<br>　　　　　　　　　　　　　　　　　　／ | No. C 12-01945 WHA<br><br>**SECOND ORDER<br>TO SHOW CAUSE** |

Plaintiffs William C. Schmidt and Lillian Schmidt failed to submit an opposition or statement of non-opposition to defendant Wells Fargo Bank, N.A.'s motion to dismiss. On May 16, 2012, plaintiffs were ordered to show cause by May 22, 2012, why this action should not be dismissed for failure to prosecute. Plaintiffs, who are represented by counsel, failed to respond. By **NOON ON JUNE 8, 2012**, plaintiffs must submit a written response to the order to show cause. If no response is filed, the action will be dismissed for failure to prosecute.

**IT IS SO ORDERED.**

Dated: June 4, 2012.

　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE