IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WILLIAM C. SCHMIDT and
LILLIAN SCHMIDT,

    Plaintiffs,

  v.

WELLS FARGO BANK, N.A.,

    Defendant.

No. C 12-01945 WHA

**ORDER RE "STIPULATION FOR DISMISSAL"**

    The parties have submitted a "stipulation for dismissal" stating that "[t]he Plaintiffs hereby agree to Dismiss the above-captioned case with prejudice upon the final approval of their loan-modification with Defendant" (Dkt. No. 17). The parties are on notice that all deadlines remain in effect until a dismissal is filed.

Dated: June 15, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE