IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM C. SCHMIDT and<br>LILLIAN SCHMIDT,<br><br>    Plaintiffs,<br><br>  v.<br><br>WELLS FARGO BANK, N.A.,<br><br>    Defendant.<br>_____/ | No. C 12-01945 WHA<br><br><br>**ORDER RE "STIPULATION FOR DISMISSAL"** |

    The parties have submitted a "stipulation for dismissal" stating that "[t]he Plaintiffs hereby agree to Dismiss the above-captioned case with prejudice upon the final approval of their loan-modification with Defendant" (Dkt. No. 17). The parties are on notice that all deadlines remain in effect until a dismissal is filed.

Dated: June 15, 2012.

                                                      WILLIAM ALSUP<br>
                                                      UNITED STATES DISTRICT JUDGE