ANGLIN FLEWELLING RASMUSSEN CAMPBELL & TRYTTEN LLP

1

2

3

4

5

6

7

8                     UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11  WILLIAM C. SCHMIDT AND LILIAN          CASE NO.:  3:12-cv-01945-WHA
    SCHMIDT,
12                                          [Assigned to the Hon. William H. Alsup]
              Plaintiffs,
13                                          **ORDER RE STIPULATION OF**
         v.                                 **VOLUNTARY DISMISSAL WITH**
14                                          **PREJUDICE**
    WELLS FARGO BANK, N.A.; AND DOES
15  1-100, INCLUSIVE,

16            Defendants.

17

18

19        Pursuant to Stipulation, **IT IS SO ORDERED**:

20        1.   The entire case is dismissed with prejudice and as to all Defendants;

21        2.   The parties to bear their own fees and costs.

22

23  DATED: June 18, 2012.

24                                          _____
                                            William Alsup
25                                          UNITED STATES DISTRICT JUDGE

26

27

28

ANGLIN FLEWELLING RASMUSSEN CAMPBELL & TRYTTEN LLP

1

**CERTIFICATE OF SERVICE**

2

    I, the undersigned, declare that I am over the age of 18 and am not a party to this action.
I am employed in the City of Pasadena, California; my business address is Anglin, Flewelling,

3

Rasmussen, Campbell & Trytten LLP, 199 S. Los Robles Avenue, Suite 600, Pasadena,
California  91101-2459.

4

5

    On the date below, I served a copy of the foregoing document entitled:

6

**ORDER RE STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

7

on the interested parties in said case as follows:

8

**Served Electronically Via the Court's CM/ECF System:**

9

*Counsel for Plaintiffs:*

10

Michael Yesk
70 Doray Drive, Suite 16

11

Pleasant Hill, California  94523
Tel:  (510) 909-9700

12

yesklaw@gmail.com

13

14

    I declare under penalty of perjury under the laws of the United States of America that
the foregoing is true and correct.  I declare that I am employed in the office of a member of the

15

Bar of this Court, at whose direction the service was made.  This declaration is executed in
Pasadena, California on June 15, 2012.

16

17

| Mark Betti | */s/ Mark Betti* |
|---|---|
| (Type or Print Name) | (Signature of Declarant) |

18

19

20

21

22

23

24

25

26

27

28