1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM C. SCHMIDT AND LILIAN SCHMIDT,<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO BANK, N.A.; AND DOES 1-100, INCLUSIVE,<br><br>Defendants. | CASE NO.: 3:12-cv-01945-WHA<br><br>[Assigned to the Hon. William H. Alsup]<br><br>**ORDER RE STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

Pursuant to Stipulation, **IT IS SO ORDERED**:

1. The entire case is dismissed with prejudice and as to all Defendants;

2. The parties to bear their own fees and costs.

DATED: June 18, 2012.

_____
William Alsup
UNITED STATES DISTRICT JUDGE

ANGLIN FLEWELLING RASMUSSEN CAMPBELL & TRYTTEN LLP

**CERTIFICATE OF SERVICE**

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of Pasadena, California; my business address is Anglin, Flewelling, Rasmussen, Campbell & Trytten LLP, 199 S. Los Robles Avenue, Suite 600, Pasadena, California 91101-2459.

On the date below, I served a copy of the foregoing document entitled:

**ORDER RE STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

on the interested parties in said case as follows:

**Served Electronically Via the Court's CM/ECF System:**

*Counsel for Plaintiffs:*

Michael Yesk
70 Doray Drive, Suite 16
Pleasant Hill, California  94523
Tel:  (510) 909-9700
yesklaw@gmail.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made.  This declaration is executed in Pasadena, California on June 15, 2012.

| Mark Betti | */s/ Mark Betti* |
|---|---|
| (Type or Print Name) | (Signature of Declarant) |